**DISMISS and Opinion Filed July 16, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00369-CV**

**D. CRAIG WALKER, Appellant**
**V.**
**AMERICAN EXPRESS NATIONAL BANK, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18130**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Pedersen, III

Appellant's brief in this case is overdue. By postcard dated June 4, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


       /Bill Pedersen, III/
       BILL PEDERSEN, III
       JUSTICE

240369F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

D. CRAIG WALKER, Appellant

No. 05-24-00369-CV       V.

AMERICAN EXPRESS
NATIONAL BANK, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-18130.
Opinion delivered by Justice
Pedersen, III. Chief Justice Burns and
Justice Molberg participating.


In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered this 16th day of July 2024.